**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MICHAEL BRENNAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPKO HEALTH, INC., PHILLIP FROST, ADAM LOGAL, and JUAN RODRIGUEZ,<br><br>Defendants. | Case No. 1:18-cv-23924-KMW<br><br>NOTICE OF VOLUNTARY DISMISSAL |

WHEREAS, no defendant in the above-captioned action, *Brennan v. OPKO Health, Inc. et al.*, 1:18-cv-23924-KMW, brought before the United States District Court for the Southern District of Florida, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Michael Brennan hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: April 3, 2019

Respectfully submitted,

**HEDIN HALL LLP**

/s/ *Frank S. Hedin*
Frank S. Hedin (FBN 109698)
1395 Brickell Ave., Suite 900
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinhall.com

***Counsel for Plaintiff***